■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NOAH LIPMAN, on Behalf of DENNIS LATCHMAN, Petitioner, v WAR-

DEN, RIKERS ISLAND CORRECTIONAL CENTER, Respondent. [625 NYS2d 929] —Writ of habeas corpus in the nature of an application for bail reduction upon Kings County Indictment No. 14966/94.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Kings County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" *(People ex rel. Klein v Kruger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Bracken, J. P., Pizzuto, Santucci and Friedmann, JJ., concur.